## JOE DAVIDSON v. THE STATE.

No. 9793. Delivered October 21, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bill of Exceptions.**

No statement of facts, nor bills of exception being found in the record, and, no errors appearing, the cause is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for the manufacture of intoxicating liquor; punishment fixed at one year in the penitentiary.

The record is before us with no statement of facts, and no bills of exception complaining of any matters occurring during the trial. The indictment is regular and nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*